**Juan C. Chavez**, OSB #136428
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Tel: 503-944-2270

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PENDLETON DIVISION

| | |
|---|---|
| BALTAZAR DELGADO,<br><br>        PLAINTIFF,<br><br>V.<br><br>OREGON DEPARTMENT OF CORRECTIONS, an agency of the STATE OF OREGON; SUE WASHBURN, FORMER SUPERINTENDENT, EOCI; DAVID PEDRO, FORMER ASSISTANT SUPERINTENDENT OF SECURITY, EOCI; OFFICER R. PAGLIARULO; OFFICER T. BROWNELL, AND LIEUTENANT K. HOGELAND.<br><br>        DEFENDANTS. | CASE NO. 2:23-cv-00804-MK<br><br>PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME |

**LR 7-1 CERTIFICATION**

Pursuant to Local Rule 7-1, Juan Chavez, counsel for Plaintiff Baltazar Delgado, hereby certifies that he has conferred with Michael Washington, Counsel for the Defendants, via email on March 25, 2025, and Defendants do not oppose this motion.

**RELIEF REQUESTED**

Plaintiff requests an extension of the discovery deadlines in this matter. Plaintiff requests an additional four months to complete discovery.

## ARGUMENT AND AUTHORITY

Case schedules can be modified and extended based upon a showing of "good cause." Fed. R. Civ. P. 16(b)(4). Here, there is good cause for an extension of all discovery deadlines by approximately four months. The parties still need to depose involved parties. Counsel for Defendant has multiple upcoming trials to account for when scheduling depositions and completing potential additional discovery requests. Counsel for Plaintiff requests that the deadlines be adjusted as follows:

- The current Close of Discovery is March 31, 2025. We request that the close of discovery be adjusted to July 29, 2025.

- The current Dispositive Motions deadline is April 14, 2025. We request that the deadline be adjusted to August 12, 2025.

- The current date to submit a Joint ADR Report and Pretrial Order is May 12, 2025. We request that the deadline be adjusted to September 9, 2025, if no dispositive motions are filed, or 30 days after resolution of any dispositive motions.

## CONCLUSION

Based on the foregoing, Plaintiff requests that this unopposed motion be granted, and that the new deadlines be set.

DATED: March 26, 2025.

*/s/Juan C. Chavez*
**Juan C. Chavez**, OSB #136428
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208

*Attorney for Plaintiff*